COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:        In re Carnell Louis Dodson

Appellate case number:    01-22-00614-CR

Trial court case number:    18-CR-0670

Trial court:                        56th District Court of Galveston County


The motion for rehearing is ordered **denied**.


Judge's signature: ___/s/ Justice Richard Hightower_____
                            ☐ Acting individually    ☒ Acting for the Court

The panel consists of Chief Justice Radack and Justices Landau and Hightower.

Date:  __December 22, 2022_____